UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 17-33190 |
| | § | |
| ROSA M. VASQUEZ, | § | |
| | § | |
| Debtor(s) | § | Chapter 13 |

<u>AFFIDAVIT REGARDING OBJECTION TO CLAIM OF THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS SUCCESSOR IN INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JP  MORGAN CHASE BANK, NATIONAL ASSOCATION, AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-BC4/NATIONSTAR MORTGAGE, LLC, CLAIM NO. 4</u>

My name is ROSA VASQUEZ, and I am the Debtor in this Chapter 13 bankruptcy. I have personal knowledge relating to all the facts of this Objection to Claim of THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS SUCCESSOR IN INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JP  MORGAN CHASE BANK, NATIONAL ASSOCATION, AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-BC4/NATIONSTAR MORTGAGE, LLC (hereinafter "Nationstar"), Claim No. 4.

I have reviewed the claim alleged by Nationstar. My personal records do not reflect that I am approximately $33,000.00 behind on my mortgage payments. I am paying my mortgage through my Chapter 13 Plan but I disagree with this amount.   Based on the documents attached to Nationstar's claim, I think the amount is too high.

I declare under penalty of perjury, that the information, statements and facts given above are true and accurate.

Dated: 4-5-18

_Rosa M. Vasquez_
ROSA M. VASQUEZ

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

Sworn to [affirmed] and subscribed before me this 5th day of April , 20 18 , by

_Rosa M. Vasquez_ [Affiant].

VRIANA PORTILLO
Notary Public, State of Texas
Comm. Expires 01-26-2021
Notary ID 12925076-3

(NOTARY SEAL)

_Vriana_
Notary Public Signature

_Vriana Portillo_
Notary Public, State of Texas